UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NYE COUNTY PUBLIC ADMINISTRATOR,<br><br>          Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>          Defendant. | Case No. 2:23-cv-01963-JAD-NJK<br><br>**Order** |

This case was removed to this Court on diversity grounds. *See* Docket No. 1.

To assist federal courts in ensuring that diversity jurisdiction exists, the disclosure statement filed by each party "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2).[1]  Defendant's certificate of interested parties fails to identify the citizenship attributed to it. *See* Docket No. 2.

Accordingly, Defendant must file an amended certificate of interested parties by December 6, 2023, fully identifying the citizenship of every individual and entity attributed to it.

IT IS SO ORDERED.

Dated: November 29, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] This federal rule became effective on December 1, 2022.

1