# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

NYE COUNTY PUBLIC ADMINISTRATOR,

Plaintiff,

v.

BANK OF AMERICA, N.A.,

Defendant.

Case No. 2:23-cv-01963-JAD-NJK

**Order**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint proposed discovery plan must be filed by January 29, 2024.

IT IS SO ORDERED.

Dated: January 22, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1