# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

NYE COUNTY PUBLIC ADMINISTRATOR,

    Plaintiff,

v.

BANK OF AMERICA, N.A.,

    Defendant.

Case No. 2:23-cv-01963-JAD-NJK

**ORDER**

[Docket No. 18]

Unless the Court orders otherwise, discovery documents are not to be filed with the Court. Fed. R. Civ. P. 5(d)(1)(A); Local Rule 26-7. Accordingly, the Clerk's Office is **INSTRUCTED** to strike the filing at Docket No. 18. The parties are **ORDERED** to refrain from filing discovery documents on the docket.

IT IS SO ORDERED.

Dated: April 2, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1