# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NYE COUNTY PUBLIC ADMINISTRATOR,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>    Defendant. | Case No. 2:23-cv-01963-JAD-NJK<br><br>**Order**<br><br>[Docket No. 20] |

On April 2, 2024, Defendant filed a motion to withdraw counsel.  Docket No. 20.  The Court **GRANTS** Defendant's request.  The Clerk's Office is **INSTRUCTED** to remove Drake Leifried from the docket.

IT IS SO ORDERED.

Dated: April 3, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1