# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NYE COUNTY PUBLIC ADMINSTRATOR,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>　　　　Defendant. | Case No. 2:23-cv-01963-JAD-NJK<br><br>**ORDER**<br><br>[Docket No. 23] |

　　　　On April 4, 2024, the parties filed what they captioned an amended discovery plan and scheduling order. Docket No. 23. The parties, however, already filed a discovery plan and the Court previously issued a scheduling order in this case. *See* Docket Nos. 14, 15. The Court, therefore, construes the instant filing as a request to reopen and extend case management deadlines. The parties' request fails to comply with the Local Rules for extensions of scheduling orders. *See* Local Rule 26-3.

　　　　Accordingly, the parties' stipulation to reopen and extend discovery deadlines is **DENIED** without prejudice. Docket No. 23. Any subsequent request to reopen and extend the discovery deadlines must fully comply with the Local Rules and must be filed no later than April 8, 2024.

　　　　IT IS SO ORDERED.

　　　　Dated: April 5, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge