John S. Delikanakis (NV Bar #5928)
Markie L. Betor (NV Bar #15505)
SNELL & WILMER L.L.P.
1700 S. Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: jdelikanakis@swlaw.com
         mbetor@swlaw.com

*Attorneys for Defendant Bank of America, N.A.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NYE COUNTY PUBLIC ADMINISTRATOR, as the Administrator of the ESTATE OF DAVID STEVENS,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA,<br><br>Defendant. | Case No.: 2:23-cv-01963-JAD-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 44 |

Bank of America ("Defendant") and Nye County Public Administrator ("Plaintiff", and together with Defendant, "Parties"), by and through their respective undersigned counsel, hereby submit the following Stipulation and Order for Dismissal with Prejudice.

The parties hereby **STIPULATE AND AGREE AS FOLLOWS**:

1. This case is dismissed *with prejudice* upon the Court signing the Order below.

2. Any and all pending hearings, dates, and relevant deadlines should be vacated.

3. The Parties are to bear their own attorneys' fees and costs.

///

///

///

| | |
|---|---|
| DATED this 2nd day of December, 2024. | DATED this 2nd day of December, 2024. |
| PAUL C. RAY, CHTD. | SNELL & WILMER LLP |
| By: */s/ Paul C. Ray*<br>Paul C. Ray, Esq. (Nv Bar No. 4365)<br>8670 West Cheyenne Avenue, Suite 130<br>Las Vegas, Nevada 89129 | By: */s/ John S. Delikanakis*<br>John S. Delikanakis, Esq. (Nv Bar No.5928)<br>Markie L. Betor (NV Bar #15505)<br>1700 S. Pavilion Center Drive, Suite 700<br>Las Vegas, NV 89135 |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

## ORDER

Based on the parties' stipulation **[ECF No. 44]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 5, 2024

- 2 -